JUN 1 4 2016
David J. Bradley, Clerk

7:16CR363
Amended Affidavit

THE STATE OF TEXAS )
)
COUNTY OF Hidalgo )

BEFORE ME, the undersigned authority, on this day personally appeared **Carlos Martinez,** known to me to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a **Special Agent** of the **U.S. Homeland Security Investigations,** assigned at **McAllen, Texas,** and that I investigated the case of the United States of America versus:

| | | |
|---|---|---|
| Noe Barbosa | YOB: 1989 | U.S. citizen |
| Amanda Lee Lara Barbosa | YOB: 1989 | U.S. citizen |
| Ruben Marroquin Jr | YOB: 1987 | U.S. citizen |
| Carlos Barbosa | YOB: 1994 | U.S. citizen |
| Andres Ruben Marroquin | YOB: 1973 | U.S. citizen |
| Elizabeth Pinto | YOB: 1992 | U.S. citizen |
| Rosa Criselda Mata-Cantu | YOB: 1989 | U.S. citizen |
| Jonathan Rivera-Alvarado | YOB: 1994 | U.S. citizen |
| Eric Perez | YOB: 1994 | U.S. citizen |
| Erik Vladamir Melendez-Martinez | YOB: 1986 | Honduran citizen |

in case number_____; and from my investigation, it appears that:

| | | |
|---|---|---|
| Otilio Everadro Vazquez-Gomez | YOB: 1994 | Guatemalan citizen |

is material witnesses in said cause and that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witness."

FURTHER AFFIANT SAYETH NOT.

_____
Carlos Martinez, HSI SA

SUBSCRIBED AND SWORN TO BEFORE ME on this **14th day of June, 2016**

_____
Peter E. Ormsby, U.S. Magistrate Judge

**Attachment "A"**

On February 29, 2016, Noe Barbosa and Amanda Lee Lara Barbosa were charged with violation of 8 USC 1324, alien smuggling, after they were apprehended at the Falfurrias, Texas checkpoint attempting to smuggle an undocumented alien in the spare tire well (interior) of their vehicle. Otilio Everadro Vazquez-Gomez, the smuggled Guatemalan citizen was detained as a material witness. Since then, Ruben Marroquin Jr, Carlos Barbosa, Andres Ruben Marroquin, Elizabeth Pinto, Rosa Criselda Mata-Cantu, Jonathan Rivera-Alvarado, Eric Perez, and Erik Vladamir Melendez-Martinez have also been charged with violation of 8 USC 1324, alien smuggling, in the same case.